In the Matter of Andrew CHANCE, A Minor Under the Age of Seventeen Years, Appellant.

(284 S. E. (2d) 231)

*Deputy Appellate Defender Vance J. Bettis,* Columbia, *for appellant.*

*Atty. Gen. Daniel R. McLeod* and *Asst. Atty. Gen. Donald J. Zelenka,* Columbia, *for respondent.*

October 28, 1981.

GREGORY, Justice:

Appellant, a juvenile charged with auto breaking and petit larceny, was adjudicated a delinquent and committed to six (6) months probation. This appeal is from the denial of the trial judge to expunge from appellant's intake sheet any reference to prior non-adjudicated charges.

Under the record of this case a purely advisory opinion is sought. This Court has consistently refrained from rendering such opinions. See *Biter v. South Carolina Employment Commission,* S. C., 280 S. E. (2d) 60 (1981). Accordingly, the appeal is dismissed.

Appeal dismissed.

LEWIS, C. J., and LITTLEJOHN, NESS and HARWELL, JJ., concur.